fendants. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 121 N. Y. Supp. 1150.

UNITED METALS CO. v. NEWHOUSE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by United Metals Company against Samuel Newhouse. J. A. Carver, for plaintiff. A. Benedict, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED METALS SELLING CO., Respondent, v. AMERICAN SMELTING & REFINING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the United Metals Selling Company against the American Smelting & Refining Company. J. F. Workum, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNITED STATES WOOD PRESERVING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by the United States Wood Preserving Company against the City of New York. T. Farley, for appellant. J. J. Cuuneen, for respondent. No opinion. Judgment and order affirmed, with costs.

UTESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Max F. Utess against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent. upon the ground that the engineer in charge of the train was not shown guilty of negligence which caused or contributed to the injury, and that in any event the proof does not bring the case within the provisions of the Barnes act. See opinion of McLennan, P. J., in same case on former appeal, reported at 131 App. Div. 447, 115 N. Y. Supp. 389.

VAN ALSTINE et al., Respondents, v. STANDARD LIGHT, HEAT & POWER CO. OF UNADILLA, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Susie L. Van Alstine and another, as administrators, etc., of Orson A. Van Alstine, deceased, against the Standard Light, Heat & Power Company of Unadilla, N. Y. No opinion. Motion granted. See, also, 121 N. Y. Supp. 1150.

VAN DE CARR, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by John E. Van De Carr against the Press Publishing Company. No opinion. The plaintiff herein having died since the argument of this appeal, the appeal is discontinued. without costs to either party.

VAN SCHAICK, Respondent, v. HEYMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Action by Dunelle Van Schaick against Oscar Heyman and another. W. S. Gordon, for appellants. W. H. Hamilton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAUGHAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by Richard L. Vaughan against John Smith. No opinion. Order affirmed, with costs. See, also, 133 App. Div. 926, 117 N. Y. Supp. 1149, and 134 App. Div. 985, 119 N. Y. Supp. 1148.

VIBBARD, Respondent, v. KINSER CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Dora Vibbard, as executrix, etc., of Harry R. Vibbard, deceased, against the Kinser Construction Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 66 Misc. Rep. 224, 122 N. Y. Supp. 1068.

VIBBARD v. KINSER CONST. CO. (Supreme Court, Appellate Division, Third Department. May 13, 1910.) Action by Dora Vibbard, as executrix of the last will and testament of Harry R. Vibbard, deceased, against the Kinser Construction Company. No opinion. Motion denied. Stay vacated. See, also, supra.

VILLAGE OF PELHAM MANOR, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by the Village of Pelham Manor against the Westchester Lighting Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

VOGEL & BINDER CO. v. MONTGOMERY et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the Vogel & Binder Company against William J. Montgomery and others. No opinion. Judgment affirmed, with costs against the appellants individually.

VOIT, Appellant, v. SHAMROTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Charles Voit against Charles Shamroth and another. No opinion. Appeal dismissed, with costs, for the reason that an appeal does not lie from an order disposing of a demurrer in a Municipal Court action. See Weiner v. Yale Knitting Mills (decided May 26, 1910) 123 N. Y. Supp. 327.

VON BREMEN et al. v. MacMONIES et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Henry Von Bremen and others against Frank MacMonies and others. No opinion. Motion for reargument denied. Motion to appeal to Court

of Appeals granted. Questions to be certified on settlement of order. Settle order on notice. See, also, 122 N. Y. Supp. 1087.

VON YEAST, Respondent, v. NATIONAL ALUMNI, Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Egbert F. Von Yeast against the National Alumni. A. Ellenbogen, for appellant. H. Woog, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VOORHEES et al., Appellants, v. WHITE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by James L. Voorhees and others against Horace K. White and others. No opinion. Judgment and order affirmed, with costs.

WAGNER, Appellant, v. ASTORIA VENEER MILLS, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by John Wagner against the Astoria Veneer Mills.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

WAGNER v. H. HERRMANN LUMBER CO. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John Wagner against the H. Herrmann Lumber Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 121 N. Y. Supp. 607.

WALTERS, Respondent, v. GRINBERG et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Herman D. Walters against David Grinberg and another. No opinion. Judgment and order unanimously affirmed, with costs.

WARE, Respondent, v. BONTA, Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by William R. Ware against Mary W. Bonta. J. D. Warner, for appellant. J. H. Dougherty, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WARREN, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Gordon O. Warren against Charles I. Purdy, as executor, etc., of Henry Terry, deceased.

PER CURIAM. We think that this judgment cannot stand. Conceding that the evidence could justify the conclusion that the claim was based upon certain charges which were discharged by the claimant, yet the evidence does not establish that the payments were made from the money of the claimant, and not from moneys that belonged to the estates of his dead uncles. The claimant for years was maintained and supported by them in the premises, managed the hotel therein, and finally took over the entire receipts therefrom absolutely. It seems strange that some of the bills, which are stale,

were not presented to his uncles before death, when they could have been readily paid. Many of the items now sought to be recovered represent such outlay as a tenant at will, who had also taken over the business, would naturally make as incident to the care of the premises or the conduct of the business. The proof is not of that very satisfactory character which is required against estates of the dead, and for this reason the judgment is reversed, with costs to appellant, the order of reference vacated, with leave to proceed before a new referee if they so elect, or to have the validity of the claim determined on the final accounting herein in the Surrogate's Court.

HIRSCHBERG, P. J., dissents.

WATSON, Appellant, v. VICTORIA PAPER MILLS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Oliver Watson, as receiver, etc., against the Victoria Paper Mills Company. No opinion. Judgment affirmed, with costs.

WAXBERG, Respondent, v. BOWSKY, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Louis Waxberg against Margaret Bowsky, as administratrix. J. J. Kirby, for appellant. M. D. Josephson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re WEBB'S WILL. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) In the matter of proving the last will and testament of Charles S. Webb, deceased. No opinion. Decree of the Surrogate's Court of Suffolk county modified, by reducing the allowance to the special guardian to $25 and disbursements, to be taxed, payable out of the estate, and, as so modified, affirmed, without costs. See, also, 136 App. Div. 898, 120 N. Y. Supp. 1150.

WEINBERGER, Appellant, v. SEA BEACH RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Philip Weinberger, as administrator, against the Sea Beach Railway Company. F. E. Fishel, for appellant. D. A. Marsh, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WEISSGLASS, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Julius Weissglass against Susie Scott Hall and another. No opinion. Judgment affirmed, with costs.

WELCH MOTOR CAR CO. OF NEW YORK, Appellant, v. FIRST COMMERCIAL BANK OF PONTIAC, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Welch Motor Car Company of New York against the First Commercial Bank of Pontiac, impleaded with others. N. W. Kerngood, for appellant.